443 A.2d 404

Commonwealth v. Hurley, Appellant.

Argued November 16, 1981. William C. Costopoulos, for appellant; Michael Eakin, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., McEWEN and HOFFMAN, JJ.

The judgment of sentence of the lower court is affirmed.